UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMANDA G. CHAVEZ,

Plaintiff,

v.

CITY OF SAN JOSE, BRYCE GINGERY,

Defendants.

Case NO: 5:24-cv-6378 NC

**ORDER OF CONDITIONAL DISMISSAL**

**Re: Dkt. 51**

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  The Clerk of the Court is directed to administratively close this case.  Any party may move to reopen the case, provided that such motion is filed within 60 days.  All scheduled dates are VACATED.

The Court retains jurisdiction over this case for 60 days.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated:  February 17, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge